

| | | |
|---|---|---|
| (SEAL) | **GRANTED/ APPROVED** | The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order. |

J. Mark Hannen
J. Mark Hannen
District Court Judge
Date of order indicated on attachment

| | |
|---|---|
| DISTRICT COURT, COUNTY OF ARAPAHOE, COLORADO<br><br>7325 South Potomac Street<br>Centennial, CO 80112 | **EFILED Document**<br>**CO Arapahoe County District Court 18th JD**<br>**Filing Date: Oct 05 2012 09:43AM MDT**<br>**Filing ID: 46824972**<br>**Review Clerk: N/A** |
| **Plaintiff:** KEVIN MUSE., an individual<br><br>v.<br><br>**Defendant:** RETS Tech Center, Inc., an Ohio corporation, d/b/a FORTIS Institute Online, a division of FORTIS College in Centerville, Ohio | ▲COURT USE ONLY▲ |
| Attorneys for Defendant<br>Peter F. Munger, #12438<br>Jackson Lewis LLP<br>950 17th Street, Suite 2600<br>Denver, Colorado 80202<br>Telephone:   (303) 892-0404<br>Facsimile:   (303) 892-5575<br>E-Mail:   peter.munger@jacksonlewis.com | Case Number: 2012CV1661<br><br>Division: |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

This matter comes before the court on Defendant RETS Tech Center, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. The Court, finding that good cause exists to grant the motion, and having otherwise been fully apprised in the premises,

HEREBY ORDERS that defendant's motion is GRANTED. Defendant shall have up to and including October 9, 2012, to move, answer, or otherwise respond to plaintiff's complaint.

DATED THIS _____ day of _____, 2012.

_____
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

**Court:** CO Arapahoe County District Court 18th JD

**Judge:** J Mark Hannen

**File & Serve Transaction ID:** 46709447

**Current Date:** Oct 05, 2012

**Case Number:** 2012CV1661

**Case Name:** MUSE, KEVIN vs. RETS TECH CENTER INC DBA FORTIS INSTITUT

**Court Authorizer:** Hannen, J Mark

/s/ Judge Hannen, J Mark